**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN A. ARROYO,<br><br>              Plaintiff,<br><br>     v.<br><br>V. ELIAS,<br><br>              Defendant. | Case No. 1:26-cv-00933 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THIS CASE PROCEED ONLY ON PLAINTIFF'S EIGHTH AMENDMENT CLAIM AGAINST DEFENDANT ELIAS<br><br>(Doc. 12) |

Plaintiff Ruben A. Arroyo is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 3, 2026, Plaintiff filed his complaint. (Doc. 1.) On February 12, 2026, the magistrate judge screened the complaint and concluded that Plaintiff sufficiently stated a claim for violation of his Eighth Amendment rights against Defendant Elias but stated no other claims. (Doc. 8.) The Court gave Plaintiff thirty days to file a first amended complaint or to notify the Court that he wanted to stand on his complaint. (*Id.* at 10.) After Plaintiff failed to timely respond to the screening order, the Court issued findings and recommendations on April 1, 2026, recommending that Plaintiff's case be dismissed, without prejudice, for failure to prosecute and failure to comply with a court order. (Doc. 10 at 3.)

Plaintiff filed objections to the findings and recommendations on April 28, 2026, stating that he wished to proceed only on his cognizable Eighth Amendment claim against Defendant Elias. (Doc. 11 at 7-8.) Consequently, the magistrate judge vacated the April 1, 2026 findings and recommendations to dismiss the case (Doc. 12) and issued new findings and recommendations on April 30, 2026 that this case proceed only on Plaintiff's Eighth Amendment claim against Defendant Elias. (*Id.*)

The Court served Plaintiff with the April 30, 2026 findings and recommendations, informed him that objections were due in 30 days, and warned him that failure to timely file objections may result in the waiver of rights on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839-39 (2014).) The deadline for filing objections has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly, **IT IS ORDERED** that:

1. The findings and recommendations issued on April 30, 2026 (Doc. 12), are **ADOPTED IN FULL**.

2. This action **SHALL** proceed on Plaintiff's Eighth Amendment claim against Defendant Elias.

3. All other claims are **DISMISSED** without further leave to amend for failure to state claims upon which relief may be granted.

4. This action is referred to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:    **June 18, 2026**

_____
UNITED STATES DISTRICT JUDGE